**EXHIBIT A**
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

**SAGINAW COUNTY SHERIFF'S OFFICE**
CRIME REPORT

Report Date/Time: 2/28/2014 9:14:03 AM

Case No. 1417300787
Report No. 1417300787.1
Case Status ACTIVE

**FILE CLASS/OFFENSE:**
9953 - 99008 - Miscellaneous - General Assistance

**NATURE OF INCIDENT:**
99008/AssistDEA/Butcher

**OCCURRED ON:** 2/27/2014 5:30:00 PM
**(and Between)**

**VENUE:**
89 - Saginaw Saginaw 841 E. Main Street

**OTHER ENTITY:** 01    **TYPE (COMPLAINANT)** Other Person

| | | | | | |
|---|---|---|---|---|---|
| NAM | Najjar, Pierre Elias | AGE | 52 | ETH | UNKNOWN |
| AKA | | DOB | | RAC | WHITE |
| NBR/STR | | SSN | | SEX | MALE |
| CSZ | | HGT | 5' 7" | OPS | |
| TXH | | WGT | 200 | OPS State | Michigan |
| TXW | | EYE | Brown | ALERT | |
| CELL | | HAI | Black | | |

**INTERVIEW OTHER ENTITY:**

**NARRATIVE:**

INFORMATION:

On 02/27/2014 I assisted the Drug Enforcement administration with a narcotics investigation in Flushing, Michigan. During the investigation I seized $22,583.00 in US currency along with a Sig Sauer P238, .380 Auto handgun and a Kimber Arms .45 Auto handgun. Mr. Pierre Najjar agreed to pay the Saginaw County Sheriffs the sum of $22.583.00 instead of proceeding to civil forfeiture for his 2011 Audi. I had Mr. Pierre Najjar sign the Saginaw County Sheriff's Office Agreement to release seized vehicle form. I also served the notice of seizure and intent forfeit form to Mr. Pierre Najjar for the two handguns. Mr. Pierre Najjar advised that he was willing to turn the handguns over to the Saginaw County Sheriff's Office and not contest the forfeiture.
The currency and two handguns were transported to the Saginaw County Sheriff's Department by Det. J. Butcher. The currency and two handguns were processed and turned over to the Saginaw County Sheriff's Office property room.

Refer to DEA case # IP-14-0005 for further information.

CASE STATUS:
Closed

CASE STATUS:
ACTIVE

| NetRMS_MSPCR.rtf v2f | Reporting Officer: Detective John Butcher | |
|---|---|---|
| Page 1 of 3 | Approved By: D/Sgt David Kerns<br>Date Approved: 8/19/2014 3:38:57 PM | Printed: December 19, 2016 - 10:46 PM |

| SAGINAW COUNTY SHERIFF'S OFFICE<br>CRIME REPORT | Report Date/Time: **2/28/2014 9:14:03 AM** | Case No. 1417300787<br>Report No. 1417300787.1<br>Case Status ACTIVE |
|---|---|---|

**PROPERTY:**
ITEM NO: 1   STATUS: 11 - Evidence (Including Other Seized Property and Tools)
PROPERTY DESCRIPTION: 9999 - OTHER - Brown paper bag
RECOVERED BY: Detective John Butcher   RECOVERED DATE/TIME: 2/27/2014 5:30:00 PM
RECOVERED FROM: inside of Audi
DRUG QUANTITY/MEASURE:   COUNT: 1

VALUE:   COLOR:
MANUFACTURER:   MODEL:
SN/VIN:   LICENSE NO:
ALERT:   VEHICLE YEAR:
DESCRIPTION: Brown paper bag

**PROPERTY NOTES:**
Brown paper bag.

**PROPERTY:**
ITEM NO: 2   STATUS: 11 - Evidence (Including Other Seized Property and Tools)
PROPERTY DESCRIPTION: 2102 - BILLS - MISC./ASSORTED - $22,583.00 in US currency
RECOVERED BY: Detective John Butcher   RECOVERED DATE/TIME: 2/27/2014 5:30:00 PM
RECOVERED FROM: Inside audi and on person of Najjar.
DRUG QUANTITY/MEASURE:   COUNT: 1

VALUE:   COLOR:
MANUFACTURER:   MODEL:
SN/VIN:   LICENSE NO:
ALERT:   VEHICLE YEAR:
DESCRIPTION: $22,583.00 in US currency

**PROPERTY NOTES:**
$22,583.00 in US currency

**PROPERTY:**
ITEM NO: 3   STATUS: 11 - Evidence (Including Other Seized Property and Tools)
PROPERTY DESCRIPTION: 3711 - HANDGUN - Sig Saure P238 .380Auto
RECOVERED BY: Detective John Butcher   RECOVERED DATE/TIME: 2/27/2014 5:30:00 PM
RECOVERED FROM: Inside of Audi in door pocket drivers side.
DRUG QUANTITY/MEASURE:   COUNT: 1

VALUE:   COLOR:
MANUFACTURER:   MODEL:
SN/VIN:   LICENSE NO:
ALERT:   VEHICLE YEAR:
DESCRIPTION: Sig Saure P238 .380Auto

| SAGINAW COUNTY SHERIFF'S OFFICE<br>CRIME REPORT | Report Date/Time: **2/28/2014 9:14:03 AM** | Case No. 1417300787<br>Report No. 1417300787.1<br>Case Status ACTIVE |
|---|---|---|

**PROPERTY NOTES:**
Sig Sauer P238 .380 Auto Ser#27A160997 with a mag. containing 6 rounds and a black cloth case.

**PROPERTY:**
ITEM NO: 4             STATUS: 11 - Evidence (Including Other Seized Property and Tools)
PROPERTY DESCRIPTION: 3711 - HANDGUN - Kimber Arms .45 Auto Handgun
RECOVERED BY: Detective John Butcher             RECOVERED DATE/TIME: 2/27/2014 5:30:00 PM
RECOVERED FROM: On person of Mr. Pierre Najjar.
DRUG QUANTITY/MEASURE:                            COUNT: 1

VALUE:                                            COLOR:
MANUFACTURER:                                     MODEL:
SN/VIN:                                           LICENSE NO:
ALERT:                                            VEHICLE YEAR:
DESCRIPTION: Kimber Arms .45 Auto Handgun

**PROPERTY NOTES:**
Kimber Arms .45 Auto Ser# KU204535 with a mag containing 8 rounds of .45 ammo.

**PROPERTY:**
ITEM NO: 5             STATUS: 11 - Evidence (Including Other Seized Property and Tools)
PROPERTY DESCRIPTION: 9999 - OTHER - disc of recordings
RECOVERED BY: Detective John Butcher             RECOVERED DATE/TIME: 2/28/2014 1:00:00 PM
RECOVERED FROM: S/A Deroacher
DRUG QUANTITY/MEASURE:                            COUNT: 1

VALUE:                                            COLOR:
MANUFACTURER:                                     MODEL:
SN/VIN:                                           LICENSE NO:
ALERT:                                            VEHICLE YEAR:
DESCRIPTION: disc of recordings

**PROPERTY NOTES:**
Several disc of recordings and interview with Mr. Pierre Najjar.