UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Garrett DeWyse,

          Plaintiff,    Case No. 17-cv-10044

v.    Judith E. Levy
    United States District Judge

William L. Federspiel, Heather
Beyerlein, and County of Saginaw,    Mag. Judge Patricia T. Morris

          Defendants.

_____/

## JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                     By:    s/William Barkholz
                              WILLIAM BARKHOLZ
                              Case Manager

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge