UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Garrett DeWyse

        Plaintiff(s),

v.

William Federspiel, et al

        Defendant(s).
_____/

Case No. 5:17-cv-10044-JEL-PTM

Judge Judith E. Levy

Magistrate Judge

## NOTICE OF APPEAL

Notice is hereby given that __Garrett DeWyse__ appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on __November 1, 2019__.

Date: November 15, 2019

Counsel is: RETAINED

/s Philip L. Ellison

P74117
Outside Legal Counsel PLC
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.